UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YOICHI SHIMAMOTO, et al.,

    Plaintiffs,

v.                                                CASE NO: 8:08-cv-2422-T-23TGW

UNITED AIRLINES, INC.,

    Defendant.
_____/

## **ORDER**

The plaintiff's notice (Doc. 5) of voluntary dismissal is **APPROVED**.  Pursuant to Rule 41(a), Federal Rules of Civil Procedure, this action (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.  The Clerk is directed to terminate and pending motion and close the case.

ORDERED in Tampa, Florida, on December 29, 2008.

*/s/ Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE